No. 81–60. HOPPER, WARDEN *v.* JOHNSON, AKA BROOKS. C. A. 5th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied. 